J. Christopher Jorgensen (SBN 5382)
e-mail: cjorgensen@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Defendants*

# UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CONNIE KWOK, <br><br>                Plaintiff, <br><br> vs. <br><br> RECONTRUST COMPANY, N.A.; BANK OF AMERICA; BAC HOME LOANS SERVICING, LP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., <br><br>                Defendants. | Case: 2:09-cv-02298-RLH-LRL <br><br> **ORDER CANCELING LIS PENDENS** |

Defendants ReconTrust Company, N.A., Bank of America, BAC Home Loans Servicing, LP and Mortgage Electronic Registration Systems, Inc. filed a Motion for Order Cancelling Lis Pendens on October 3, 2014 (Dkt. #55). Plaintiff Connie Kwok ("Plaintiff") did not file any opposition.

The Court finds that Plaintiff recorded two Notices of Lis Pendens ("Lis Pendens"); one was recorded on October 21, 2009 in Book No. 20091021 as Instrument No. 0001226, and the second was recorded on July 12, 2012 in Book No. 20120712 as Instrument No. 0001732 in the real property records maintained by the Clark County Recorder. Copies of the two Lis Pendens are attached hereto as Exhibit "A."

. . .

UPON CONSIDERATION of Defendants' request to cancel the two recorded Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1.    IT IS ORDERED, ADJUDGED, and DECREED that the two Lis Pendens are hereby cancelled, released, and expunged.

2.    IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the two Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3.    IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

ENTERED this _22nd_ day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

LEWIS ROCA ROTHGERBER LLP

By: _____
      J. CHRISTOPHER JORGENSEN
      3993 Howard Hughes Pkwy., Ste. 600
      Las Vegas, NV 89169
      *Attorneys for Defendants*

2

5048856_1

# EXHIBIT A

Inst #: 200910210001226
Fees: $16.00
N/C Fee: $0.00
10/21/2009 09:04:26 AM
Receipt #: 100459
Requestor:
E MARSHALL
Recorded By: BGN  Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

10.21.09
1006.67199

APN# 163-21-213-052

    11-digit Assessor's Parcel Number may be obtained at:
    http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

NOTICE OF LIS PENDENS

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested By:**

EDWARD  G.  MARSHALL

**Return Documents To:**

Name  EDWARD G. MARSHALL

Address  Box 128

City/State/Zip  Las Vegas, Nevada  89125

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CCOR_Coversheet.pdf ~ 06/06/07

1   EDWARD G. MARSHALL

2   324 S. Third Street #2

3   Las Vegas, NV 89101

4   TEL (702) 384-7162   FAX (702) 3846584

5   ATTORNEY FOR PLAINTIFF

6   NSB NO. 323                    DISTRICT COURT

7                        CLARK COUNTY NEVADA

8                    —                    )   CASE NO:  A-09-602062-C

9                                         )   DEPT. NO.    23

10  CONNIE KWOK                           )

11        PLAINTIFF                       )   DATE OF HEARING: _____

12        VS.                             )   TIME OF HEARING: _____

13  RECONTRUST COMPANY, N.A.              )

14  BANK OF AMERICA                       )   NOTICE OF

15  BAC HOME LOANS SERVICING, LP.         )   LIS PENDENS

16  MORTGAGE ELECTRONIC REGISTRATION      )

17        SYSTEM, INC.                    )

18        DEFENDANTS

19

20  _____)

0

FILED

OCT 2 1 2009

CLERK OF COURT

NOTICE OF LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that an action at law has been commenced in the above entitled court by the Plaintiff against the Defendants    and that said suit is now pending.

The object of said action is to quiet the title of Plaintiff    against all persons and claims who allege any contrary interest therein.

Legal relief has been sought in said suit as pertains to certain real property and which affects the right, title and interest in and to said property.

The property so affected by this suit is described as follows:    APN  163-21-213-052 also described as

. Lot 314, Block A of Cimarron Meadows, Unit 8 as shown by map on file in Book 74 of Plats, page 43 and Certificate of Amendment recorded October 17, 1996, in Book 961017 as Document No. 01353 of the Official Records of Clark County, Nevada.

DATED THIS 21st DAY OF October         , 2009   .

                                    *Edward G. Marshall*
                                    EDWARD G. MARSHALL
                                    Attorney for Plaintiff
                                    324 South Third Street #2
                                    Las Vegas, Nevada 89101

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

CLERK OF THE COURT

OCT 21 2009

Inst #: 201207120001732
Fees: $19.00
N/C Fee: $0.00
07/12/2012 01:55:46 PM
Receipt #: 1231557
Requestor:
**JOHN PETER LEE**
Recorded By: DXI   Pgs: 3
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**

**RECORDING COVER PAGE**
(Must be typed or printed clearly in BLACK ink only
and avoid printing in the 1" margins of document)

$\textcircled{3}$

APN# _____ 163-21-213-052 _____

_____

(11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx)

**TITLE OF DOCUMENT**
(DO NOT Abbreviate)

**NOTICE OF LIS PENDENS** _____

_____

_____

**Document Title on cover page must appear EXACTLY as the first page of the
document to be recorded.**

**RECORDING REQUESTED BY:**
John Peter Lee, Ltd. _____

**RETURN TO: Name** John Peter Lee, Ltd. _____

**Address** 830 Las Vegas Boulevard South ____

**City/State/Zip** Las Vegas, NV 89101 _____

**MAIL TAX STATEMENT TO:  (Applicable to documents transferring real property)**

**Name** _____

**Address** _____

**City/State/Zip** _____

This page provides additional information required by NRS 111.312 Sections 1-2.
An additional recording fee of $1.00 will apply.
To print this document properly—do not use page scaling.

Electronically Filed
07/11/2012 03:36:42 PM

*[signature]*

CLERK OF THE COURT

1  NOLP
   JOHN PETER LEE, LTD.
2  JOHN PETER LEE, ESQ.
   Nevada Bar No. 001768
3  MICHEAL J. BROCK, ESQ.
   Nevada Bar No. 009353
4  830 Las Vegas Boulevard South
   Las Vegas, Nevada 89101
5  (702) 382-4044 Fax: (702) 383-9950
   E-mail: info@johnpeterlee.com
6  *Attorneys for Plaintiff*

7

                    DISTRICT COURT
8                 CLARK COUNTY, NEVADA

9  CONNIE KWOK, an individual,            CASE NO.: A-12-664935-C
                                          DEPT NO.: XXXI
10             Plaintiff,

11  v.
                                          NOTICE OF LIS PENDENS
12  COUNTRYWIDE HOME LOANS, INC., a
    corporation; MORTGAGE ELECTRONIC
13  REGISTRATION SYSTEMS, INC., a
    corporation; THE BANK OF NEW YORK
14  MELLON FKA THE BANK OF NEW YORK,
    A S   T R U S T E E   F O R   T H E
15  CERTIFICATEHOLDERS CWALT, INC.,
    ALTERNATIVE LOAN TRUST 2006-OA10
16  M O R T G A G E   P A S S - T H R O U G H
    CERTIFICATES, SERIES 2006-OA10; VTI
17  INVESTMENTS, LLC, a limited liability
    company; DOES I through X, inclusive; and
18  ROE CORPORATIONS I through X, inclusive,

19             Defendants.

20

21      NOTICE IS HEREBY GIVEN that a Complaint implicating title has been filed in the above-

22  entitled Court by the Plaintiff against the named Defendants, Countrywide Home Loans, Inc.;

23  Mortgage Electronic Registration Systems, Inc.; The Bank of New York Mellon fka The Bank of

24  New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OA10

25  Mortgage Pass-Through Certificates, Series 2006OA10; and VTI Investments, LLC.

26      The said premises affected by this action is commonly described as   8466 Willow Mist

27  Drive, Las Vegas, Nevada 89149, situated in Clark County, Nevada, and full legal description being

28  as follows:

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

1  LOT THREE HUNDRED FOURTEEN (314) IN BLOCK "A" OF CIMARRON

2  MEADOWS-UNIT 8, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 74 OF PLATS,

3  PAGE 43, AND BY CERTIFICATE OF AMENDMENT RECORDED OCTOBER 17, 1996 IN

4  BOOK 961017 AS DOC. NO. 01353, IN THE OFFICE OF THE COUNTY RECORDER OF

5  CLARK COUNTY, NEVADA.

6       Clark County Assessor Parcel No. 163-21-213-052.

7

8       DATED this 11th day of July, 2012.

9

10       JOHN PETER LEE, LTD.

11

12  BY_____
     JOHN PETER LEE, ESQ.
13       Nevada Bar No. 001768
     MICHEAL J. BROCK, ESQ.
14       Nevada Bar No. 009353
     830 Las Vegas Boulevard South
15       Las Vegas, Nevada 89101
     (702) 382-4044 Fax: (702) 383-9950
16       E-mail: info@johnpeterlee.com
     Attorneys for Plaintiff
17

18

19

20

21

22

23

24

25

26

27

28

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

-2-